**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DONEA L. JACKSON (#496405)**                        **CIVIL ACTION NO.**

**VERSUS**                                                                 **20-699-JWD-EWD**

**UNKNOWN JONES, ET AL.**

### RULING

This matter comes before the Court in connection with the Court's Orders dated October 19, 2020, November 23, 2020, and June 30, 2021.[1] On October 19, 2020, the Court issued an Order granting the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $9.42, and advising that "this action may be dismissed" should the plaintiff fail to comply with the Court's Order.[2] The plaintiff failed to pay the initial partial filing fee as ordered, so on November 23, 2020, the plaintiff was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee.[3] The plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings, and reserve accounts for the months of October through November[4] 2020, and advised that failure to submit the requested information or a determination by the Court that the plaintiff had sufficient funds to make the required payment but failed to do so would result in dismissal of the plaintiff's action without further notice.[5]

---

[1] R. Docs. 6, 7, & 10.
[2] R. Doc. 6.
[3] R. Doc. 7.
[4] Because the Order was issued in November, Plaintiff was directed to include November statements through the date he submitted his response.
[5] R. Doc. 7.

Plaintiff responded to this Court's Order,[6] but the response did not include the relevant documents ordered by the Court to be produced. However, because Plaintiff indicated that he believed the fee had been paid, the Court gave the Plaintiff another opportunity to show cause. Despite this additional opportunity, Plaintiff has failed to sufficiently show cause as to why he has not paid the Court's initial partial filing fee. Pursuant to 28 U.S.C. §1915(b)(1), this Court is required to collect an initial partial filing fee calculated pursuant to the formula specified therein. However, it is further specified that in no event shall a prisoner be prohibited from bringing a civil action because the prisoner has no means by which to pay the initial partial filing fee.[7] Accordingly, when the plaintiff failed to pay the initial partial filing fee as ordered, this Court twice ordered him to show cause why his Complaint should not be dismissed and to provide copies of his inmate account transaction statements so that this Court could determine if the plaintiff did or did not have the means to pay the fee.[8] The plaintiff has not provided the Court with either the required fee or the documents requested. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's initial partial filing fee. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 30, 2021..

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[6] R. Doc. 9.
[7] *See* 28 U.S.C. 1915(b)(4). July 30, 2021
[8] In the second order to show cause, the Court provided Plaintiff with the option of demonstrating that he could not pay the fee or that he had made appropriate arrangements to pay the fee, so that the failure to pay the fee was attributable to the prison, rather than the Plaintiff. R. Doc. 10.